# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

Bankruptcy Case No.: 24–31186–cgb

Chapter No.: 7

Judge: Christopher G Bradley

IN RE: **I Bella, Inc.** , Debtor(s)

## NOTICE OF PAST DUE DEADLINE FOR FILING OF DOCUMENT

The original signed Declaration for Electronic Filing has not been electronically filed into CM/ECF for the filing of:

*13* – Amended List of Creditors (adding or deleting creditor(s)), Adding Creditors Carolina Morales De Guerra, El Paso Water Disposal, Irma S. Macias, JRG Funding, LLC, SBA, Sun City Records Management, Inc., ( Filing Fee: $ 34.00 ) filed by Carlos A. Miranda for Debtor I Bella, Inc.. –Declaration for Electronic Filing due by 10/25/2024 (Miranda, Carlos)

**Please electronically file the original Declaration for Electronic Filing immediately.** If the Declaration for Electronic Filing is not filed by **November 12, 2024**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

Dated: 10/29/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Declaration Due Letter] [LtrDclrdu]