# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24−31186−cgb

Chapter No.: 7

Judge: Christopher G Bradley

IN RE: **I Bella, Inc.** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**3/12/25** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

| MAIL ORIGINAL PROOF OF CLAIM TO: | MAIL COPY OF PROOF OF CLAIM TO: |
|---|---|
| U. S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901 | John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801 |

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

**** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 12/12/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

United States Bankruptcy Court

Western District of Texas

In re:  Case No. 24-31186-cgb

I Bella, Inc.  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-3      User: admin      Page 1 of 2

Date Rcvd: Dec 12, 2024      Form ID: 148      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | I Bella, Inc., 2616 Montana Ave., El Paso, TX 79903-3712 |
| 18786749 | + | Carolina Morales De Guerra, 2929 Fillmore Ave., El Paso, TX 79930-4121 |
| 18786750 | + | El Paso Water Disposal, 5539 El Paso Drive, El Paso, TX 79905-2907 |
| 18786751 | + | Irma S. Macias, 227 N. Glenwood St., El Paso, TX 79905-1751 |
| 18786752 | + | JRG Funding, LLC, 180 Maiden Lane, New York, NY 10038-4925 |
| 18786753 | + | JRG Funding, LLC, c/o Joseph S. Jacobs, Esq., 290 Central Ave., Suite 109, Lawrence, NY 11559-8507 |
| 18773679 | | PNC Bank, N.A., Attn: Bankruptcy, P.O. Box 489909, Charlotte, NC 28269 |
| 18773680 | + | SN Ventures, LLC, 2616 Montana, El Paso, TX 79903-3712 |
| 18786755 | + | Sun City Records Management, Inc., 9230 Billy the Kid St., El Paso, TX 79907-4739 |
| 18773685 | + | United States Department of Labor, Wage and H, 525 S. Griffith St., Suite 800, Dallas, TX 75208-6309 |
| 18773686 | | United States Trustee's Office, 615 E. Houston, Ste. 533, P.O. Box 1539, San Antonio, TX 78295-1539 |
| 18773687 | + | Vader Mountain Capital, 5 West 37th St., Suite 1100, New York, NY 10018-6222 |
| 18816242 | + | Vivian Janet Ochoa, 12789 Kingsbury Ave., El Paso, TX 79928-4432 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJPLOWE.COM | Dec 13 2024 03:27:00 | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Dec 12 2024 22:50:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, San Antonio, TX 78295-1601 |
| 18773677 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | Dec 12 2024 22:49:00 | Forward Financing, LLC, 53 State Street, 20th Floor, Boston, MA 02109-2820 |
| 18773678 | | EDI: IRS.COM | Dec 13 2024 03:27:00 | Internal Revenue Service (IRS), Centralized Insolvency Office, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 18778534 | | Email/Text: sanantonio.bankruptcy@publicans.com | Dec 12 2024 22:49:00 | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, Tx 78205 |
| 18773676 | | Email/Text: sanantonio.bankruptcy@publicans.com | Dec 12 2024 22:49:00 | City of El Paso, c/o Don Stecker, Weston Centre, 112 E. Pecan St., Ste. 22, San Antonio, TX 78205-1588 |
| 18786754 | + | Email/Text: lrsc.legal@sba.gov | Dec 12 2024 22:49:00 | Small Business Administration, Little Rock Commercial Loan Servicing, Center 2120 Riverfront Drive, Suite 100, Little Rock, AR 72202-1794 |
| 18773681 | | Email/Text: pacer@cpa.state.tx.us | Dec 12 2024 22:51:00 | Texas Comptroller of Public Accounts, Revenue Accounting Div - Bankruptcy Sect, P.O. Box 13528, Austin, TX 78711-3528 |
| 18773682 | + | Email/Text: collections.pacer@twc.texas.gov | | |

| Recip ID | Bypass Reason | | Name and Address |
|---|---|---|---|
| 18773683 | | ^ MEBN | Dec 12 2024 22:51:00 — Texas Workforce Commission, TWC Building - Regulatory Integrity Divi, 101 East 15th Street, Austin, TX 78778-0001 |
| 18773684 | | + Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Dec 12 2024 22:44:47 — United States Attorney General, Department of Justice, 950 Pennsylvania Ave., N.W., Washington, DC 20530-0009 |
| | | | Dec 12 2024 22:49:00 — United States Attorney, Civil Process Clerk, Department of Justice, 601 N. W. Loop 410, Suite 600, San Antonio, TX 78216-5512 |
| 18773688 | | + EDI: WFFC2 | Dec 13 2024 03:27:00 — Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303 -01A, Des Moines, IA 50328-0001 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| 18778536 | *P++ | LINEBARGER GOGGAN BLAIR & SAMPSON LLP, ATTN DON STECKER, 112 E PECAN, SUITE 2200, SAN ANTONIO TX 78205-1588, address filed with court:, City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, Tx 78205 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlos A. Miranda | on behalf of Debtor I Bella Inc. cmiranda@eptxlawyers.com, wendy@eptxlawyers.com |
| Don Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| John Patrick Lowe | on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 5