# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| I BELLA, INC. | § | Case No. 24-31186 CB |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/27/2024. The undersigned trustee was appointed on 09/27/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 3,732.93 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 3,732.93 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/12/2025 and the deadline for filing governmental claims was 03/26/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $933.23. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $933.23, for a total compensation of $933.23[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $629.29, for total expenses of $629.29[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/15/2025              By: /s/John Patrick Lowe, Trustee
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

| Case No: | 24-31186 CB Judge: CHRISTOPHER G. BRADLEY | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | I BELLA, INC. | Date Filed (f) or Converted (c): | 09/27/24 (f) |
| | | 341(a) Meeting Date: | 10/28/24 |
| For Period Ending: | 05/15/25 | Claims Bar Date: | 03/12/25 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK OF AMERICA CHECKING #9718 | 0.00 | 0.00 | | 0.00 | FA |
| VALUE ON SCHEDULES LISTED AS $0.00. | | | | | |
| 2. ACCOUNTS RECEIVABLE - OVER 90 DAYS OLD | 14,000.00 | 0.00 | | 3,732.93 | FA |
| LIENHOLDERS: FORWARD FINANCING, LLC $9,000.00; JRG FUNDING LLC $33,206.53; VADER MOUNTAIN CAPITAL $20,000.00. | | | | | |
| 3. OFFICE EQUIPMENT, FURNISHINGS & SUP | 250.00 | 0.00 | | 0.00 | FA |
| 4 DESKS AND CHAIRS $100; 3 COMPUTERS $150. LIENHOLDER: CITY OF EL PASO $2,279.98 | | | | | |
| 4. CUSTOMER LISTS OR OTHER COMPILATION | Unknown | 0.00 | | 0.00 | FA |
| PATIENT LIST. SCHEDULES LIST VALUE AS $UNKNOWN. | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $14,250.00 | $0.00 | | $3,732.93 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

NOTICE OF COURT COSTS DUE FILED 03/19/25, DOCKET NO. 27. AMOUNT DUE: $0.00.

TRUSTEE'S REQUEST FOR COURT COSTS FILED 03/19/25, DOCKET NO. 26.

ORDER GRANTING MOTION TO COMPEL THE DEBTOR TO TURN OVER AN ASSET OF THE ESTATE TO THE TRUSTEE DATED 12/1924, DOCKET NO. 24.

| | | | | |
|---|---|---|---|---|
| Case No: | 24-31186 CB  Judge: CHRISTOPHER G. BRADLEY | Trustee Name: | John Patrick Lowe, Trustee |
| Case Name: | I BELLA, INC. | Date Filed (f) or Converted (c): | 09/27/24 (f) |
| | | 341(a) Meeting Date: | 10/28/24 |
| | | Claims Bar Date: | 03/12/25 |

MOTION TO COMPEL THE DEBTOR TO TURN OVER AN ASSET OF THE ESTATE TO THE TRUSTEE FILED 11/22/24, DOCKET NO. 19.

Initial Projected Date of Final Report (TFR): 03/31/25     Current Projected Date of Final Report (TFR): 06/30/25

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 24-31186 -CB | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | I BELLA, INC. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******3853 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2140 | | |
| For Period Ending: | 05/15/25 | Blanket Bond (per case limit): | $ 30,403,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/08/25 | 2 | SN VENTURES LLC | ACCOUNTS RECEIVABLE | 1121-000 | 3,732.93 | | 3,732.93 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,732.93 | 0.00 | 3,732.93 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,732.93 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,732.93 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********3853 | 3,732.93 | 0.00 | 3,732.93 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 3,732.93 | 0.00 | 3,732.93 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   3,732.93   0.00

Case Number: 24-31186      Claim Class Sequence
Debtor Name: I BELLA, INC.

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 000002 040 5300-00 | Vivian Janet Ochoa<br>12789 Kingsbury Ave.<br>El Paso, TX 79928 | Priority<br>NOT LISTED ON SCHEDULES. | $2,222.16 | $0.00 | $2,222.16 |
| 000003-1B 040 5800-00 | Internal Revenue Service<br>P. O. Box 7317<br>Philadelphia, PA 19101-7317 | Priority<br>LISTED ON SCHEDULE E, AMOUNT: $UNKNOWN.<br><br>AMENDED BY POC #3-2B. | $0.00 | $0.00 | $0.00 |
| 000003-2B 041 5800-00 | Internal Revenue Service<br>P. O. Box 7317<br>Philadelphia, PA 19101-7317 | Priority<br>LISTED ON SCHEDULE E, AMOUNT: $UNKNOWN.<br><br>AMENDS BY POC #3-1B AND AMENDED BY #3-3B. | $0.00 | $0.00 | $0.00 |
| 000003-3B 041 5800-00 | Internal Revenue Service<br>P. O. Box 7317<br>Philadelphia, PA 19101-7317 | Priority<br>LISTED ON SCHEDULE E, AMOUNT: $UNKNOWN.<br><br>AMENDS BY POC #3-2B. | $165,978.12 | $0.00 | $165,978.12 |
| 000006 041 5800-00 | Texas Workforce Commission<br>Collections & Civil Actions - SAU<br>101 E. 15th Street, Room 556<br>Attn: Erin Reid -TAX<br>Austin, TX 78778-0001 | Priority<br>(6-1) Unemployment Taxes<br><br>NOT LISTED ON SCHEDULES. | $4,566.35 | $0.00 | $4,566.35 |
| 000007 040 5300-00 | Guadalupe Delgado<br>9285 Railroad Dr.<br>El Paso, TX 79924 | Priority<br>NOT LISTED ON SCHEDULES. | $2,784.00 | $0.00 | $2,784.00 |
| 000011A 040 5300-00 | Carolina Morales De Guerra<br>2929 Fillmore Ave.<br>El Paso, TX 79930 | Priority<br>LISTED ON SCHEDULE F I/A/O $UNKNOWN. | $3,312.00 | $0.00 | $3,312.00 |
| 000003-1C 080 7300-00 | Internal Revenue Service<br>P. O. Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured<br>LISTED ON SCHEDULE E, AMOUNT: $UNKNOWN.<br><br>AMENDED BY POC #3-2C, | $0.00 | $0.00 | $0.00 |
| 000003-2C 080 7300-00 | Internal Revenue Service<br>P. O. Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured<br>LISTED ON SCHEDULE E, AMOUNT: $UNKNOWN.<br><br>AMENDS BY POC #3-1C AND AMENDED BY #3-3C. | $0.00 | $0.00 | $0.00 |
| 000003-3C 080 7300-00 | Internal Revenue Service<br>P. O. Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured<br>LISTED ON SCHEDULE E, AMOUNT: $UNKNOWN.<br><br>AMENDS BY POC #3-2C, | $29,588.98 | $0.00 | $29,588.98 |

Case Number: 24-31186
Debtor Name: I BELLA, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000004 070 7100-00 | Wells Fargo Bank, N.A. Wells Fargo Bank Payment Remittance Center PO Box 51174 Los Angeles, CA 90051 | Unsecured | | $3,571.89 | $0.00 | $3,571.89 |
| 000005 070 7100-00 | Wells Fargo Bank, N.A. Wells Fargo Bank Payment Remittance Center PO Box 51174 Los Angeles, CA 90051 | Unsecured | | $24,161.07 | $0.00 | $24,161.07 |
| 000008 070 7100-00 | Forward Financing LLC 53 State Street, Floor 20 Boston, MA 02109 | Unsecured | LISTED ON SCHEDULE D I/A/O $9,000.00. | $8,965.00 | $0.00 | $8,965.00 |
| 000009 070 7100-00 | JRG Funding, LLC 180 Maiden Lane New York, NY 10038 | Unsecured | (9-1) Agreement for the purchase and sale of future receivables. LISTED ON SCHEDULE D I/A/O $33,206.53. | $26,675.23 | $0.00 | $26,675.23 |
| 000011B 070 7100-00 | Carolina Morales De Guerra 2929 Fillmore Ave. El Paso, TX 79930 | Unsecured | LISTED ON SCHEDULE F I/A/O $UNKNOWN. | $504.62 | $0.00 | $504.62 |
| 000001 050 4700-00 | City of El Paso c/o Don Stecker LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 112 E. Pecan St. Suite 2200 San Antonio, Tx 78205 | Secured | | $3,895.77 | $0.00 | $3,895.77 |
| 000003-1A 050 4300-00 | Internal Revenue Service P. O. Box 7317 Philadelphia, PA 19101-7317 | Secured | LISTED ON SCHEDULE E, AMOUNT: $UNKNOWN. AMENDED BY POC #3-2A. | $0.00 | $0.00 | $0.00 |
| 000003-2A 050 4800-00 | Internal Revenue Service P. O. Box 7317 Philadelphia, PA 19101-7317 | Secured | LISTED ON SCHEDULE E, AMOUNT: $UNKNOWN. AMENDS BY POC #3-1A AND AMENDED BY #3-3A. | $0.00 | $0.00 | $0.00 |
| 000003-3A 050 4800-00 | Internal Revenue Service P. O. Box 7317 Philadelphia, PA 19101-7317 | Secured | LISTED ON SCHEDULE E, AMOUNT: $UNKNOWN. AMENDS BY POC #3-2A. | $980,783.59 | $0.00 | $980,783.59 |

Case Number: 24-31186  
Debtor Name: I BELLA, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 050 4210-00 | Vader Servicing, LLC d/b/a Vader Mountain Capital<br>Yolday Diaz-Barreto, Esq.<br>12496 NW 25 Street<br>Sweetwater, FL 33182 | Secured | (10-1) Account Number (last 4 digits):7473 | $8,106.86 | $0.00 | $8,106.86 |
| | Case Totals: | | | $1,265,115.64 | $0.00 | $1,265,115.64 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 24-31186 CB
Case Name: I BELLA, INC.
Trustee Name: John Patrick Lowe, Trustee

Balance on hand $ 3,732.93

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | City of El Paso c/o Don Stecker LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 112 E. Pecan St. Suite 2200 San Antonio, Tx 78205 | $ 3,895.77 | $ 3,895.77 | $ 0.00 | $ 0.00 |
| 000010 | Vader Servicing, LLC d/b/a Vader Mountain Capital Yolday Diaz-Barreto, Esq. 12496 NW 25 Street Sweetwater, FL 33182 | $ 8,106.86 | $ 8,106.86 | $ 0.00 | $ 0.00 |
| 000003-3A | Internal Revenue Service P. O. Box 7317 Philadelphia, PA 19101-7317 | $ 980,783.59 | $ 980,783.59 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 3,732.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: John Patrick Lowe, Trustee | $ 933.23 | $ 0.00 | $ 933.23 |
| Trustee Expenses: John Patrick Lowe, Trustee | $ 629.29 | $ 0.00 | $ 629.29 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,562.52 |
| Remaining Balance | | | $ 2,170.41 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $178,862.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Vivian Janet Ochoa<br>12789 Kingsbury Ave.<br>El Paso, TX 79928 | $ 2,222.16 | $ 0.00 | $ 579.82 |
| 000006 | Texas Workforce Commission<br>Collections & Civil Actions - SAU<br>101 E. 15th Street, Room 556<br>Attn: Erin Reid -TAX<br>Austin, TX 78778-0001 | $ 4,566.35 | $ 0.00 | $ 0.00 |
| 000007 | Guadalupe Delgado<br>9285 Railroad Dr.<br>El Paso, TX 79924 | $ 2,784.00 | $ 0.00 | $ 726.41 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011A | Carolina Morales De Guerra<br>2929 Fillmore Ave.<br>El Paso, TX 79930 | $ 3,312.00 | $ 0.00 | $ 864.18 |
| 000003-3B | Internal Revenue Service<br>P. O. Box 7317<br>Philadelphia, PA 19101-7317 | $ 165,978.12 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | | $ 2,170.41 |
| Remaining Balance | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $63,877.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Wells Fargo Bank, N.A.<br>Wells Fargo Bank Payment Remittance Center<br>PO Box 51174<br>Los Angeles, CA 90051 | $ 3,571.89 | $ 0.00 | $ 0.00 |
| 000005 | Wells Fargo Bank, N.A.<br>Wells Fargo Bank Payment Remittance Center<br>PO Box 51174<br>Los Angeles, CA 90051 | $ 24,161.07 | $ 0.00 | $ 0.00 |
| 000008 | Forward Financing LLC<br>53 State Street, Floor 20<br>Boston, MA 02109 | $ 8,965.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | JRG Funding, LLC<br>180 Maiden Lane<br>New York, NY 10038 | $ 26,675.23 | $ 0.00 | $ 0.00 |
| 000011B | Carolina Morales De Guerra<br>2929 Fillmore Ave.<br>El Paso, TX 79930 | $ 504.62 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $29,588.98 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003-3C | Internal Revenue Service<br>P. O. Box 7317<br>Philadelphia, PA 19101-7317 | $ 29,588.98 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors $  0.00

Remaining Balance $  0.00