

The relief described hereinbelow is SO ORDERED.

Signed June 17, 2025.

_____
CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 24-31186-CGB |
| I BELLA, INC. § | | |
| § | | |
| § | | (CHAPTER 7) |
| DEBTOR § | | |

### ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

CAME ON FOR CONSIDERATION, the Application for Trustee's Compensation and Expenses ("Application") in which John Patrick Lowe, the chapter 7 trustee for the estate requests compensation in the amount of $933.23 and reimbursement of expenses in the amount of $629.29. The Court having determined that the request for compensation and expenses should be granted, it is

ORDERED that Trustee's Application is granted, it is further

ORDERED that compensation in the amount of $933.23 is allowed; it is further

ORDERED that reimbursement of expenses in the amount of $629.29 is allowed; and it is further

ORDERED that in the event additional interest income accrues on estate funds prior to the distribution of funds by the chapter 7 trustee, the chapter 7 trustee shall be entitled to compensation on the distribution of the additional interest amounts in accordance with 11 U.S.C. § 326(a), without further Order of the Court.

###

Application Order Prepared By:

John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, TX 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com